# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BORIS SEREDA | : |
| v. | : |
| | : CIVIL ACTION |
| FRANKLIN MILL ASSOCIATE, LP | : |
| AND MAINSTREET RETAIL LIMITED | NO. 09-cv-3864 |
| PARTNERSHIP ET AL | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Defendants' Notice of Consent to and Joinder in Notice of Removal was made on this 26th day of August, 2009 by United States Mail, postage prepaid, upon the following:

Eric Rayz, Esquire
1051 County Line Road, Suite 102
Huntingdon Valley PA 19006

Charles Bogdanoff, Esquire
42 S. 15th Street, Suite 1414, Robinson Bldg.
Philadelphia PA 19102-2289

John Baginski, Esquire
Gregory Voci, Esquire
Suite 500 Public Ledger Bldg.
150 South Independence Mall West
Philadelphia PA 19106

**LAW OFFICES OF JEFFREY H. EISEMAN**

Dated: 8/26/09        BY:   /s/     Ramond D. Townsend
Ramon D. Townsend, Esquire (PA ID No. 50371)
1515 Market Street, Ste. 1802
Philadelphia, PA 19102
(215) 446-7667
ramon.townsend@thehartford.com
Counsel for Defendants, Franklin Mill Associates LP and Mainstreet Retail Ltd Partnership