IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BORIS SEREDA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-3864 |
| MILLS CORPORATION, et al. | : | |

## **ORDER & JUDGMENT**

AND NOW, this 14th day of July, 2010, this matter having been referred to the undersigned for the purposes of conducting an arbitration, following the parties' agreement that the arbitration shall be binding,

AND the undersigned having conducted the binding arbitration on July 2, 2010, during which testimony was taken and documents were received into evidence, the undersigned

HEREBY ENTERS Judgment in favor of Plaintiff, BORIS SEREDA and against Defendants, MIAMI BALLOON and AYMAN A. MAHGOUB, in the amount of Forty-five Thousand ($45,000.00) Dollars.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART, M.J.